[No. 37734-5-I.    Division One.    October 7, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. EMIL HAAG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-05100-2, J. Kathleen Learned, J., entered November 6, 1995. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 37776-1-I.    Division One.    October 7, 1996.]

JONATHAN A. CLEMENS, *Appellant*, v. DONALD M. GULLIFORD, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-15177-1, Charles W. Mertel, J., entered November 17, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 38281-1-I.    Division One.    October 7, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS ELLINGSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-01884-6, James Noe, J., entered February 14, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 13366-4-III.    Division Three.    October 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMIAH JAMES GILBERT, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 92-1-00108-1, Ted Kolbaba, J., entered June 7, 1993. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, C.J., and Munson, J.